**VAN–035** Order Regarding Petition Preparer Fees – Rev. 03/03/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
Robert Edgar Jones
*( debtor has no known aliases )*
609 Atlanta Avenue
Carolina Beach, NC 28428

CASE NO.: 10–03585–8–JRL

DATE FILED: May 4, 2010

CHAPTER: 7

## ORDER REGARDING PETITION PREPARER FEES

The debtor(s) filed a pro se petition for relief under chapter 7 of the Bankruptcy Code on May 4, 2010 with the assistance of a bankruptcy petition preparer, Laurie Crilly .

The petition preparer certified $149.00 was received from the debtor as compensation for services. In this district, the presumptive fee for petition preparers is $80. See In re Moore, 283 B.R. 287 (Bankr. E.D.N.C. 2002); In re Moore; 290 B.R. 287 (Bankr. E.D.N.C. March 20, 2003).

Accordingly, unless a response and request for hearing is filed by **May 28, 2010** , an order will be entered directing the petition preparer to return to the debtor the difference between the fee charged and the standard fee that is allowed in this district.

DATED: May 5, 2010

J. Rich Leonard
United States Bankruptcy Judge