**SO ORDERED.**

**SIGNED this 01 day of June, 2010.**

_____
J. Rich Leonard
United States Bankruptcy Judge

_____

```
              UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF NORTH CAROLINA
                   WILMINGTON DIVISION


IN RE:                              CASE NUMBER:

Robert Edgar Jones                  10-03585-8-JRL


          DEBTOR                    CHAPTER 7
```

## O R D E R

The matter before the court is the court's order regarding petition preparer fees entered on May 5, 2010. No response or request for hearing has been filed by the petition preparer; therefore, within ten (10) days from the date of this order the petition preparer, Laurie Crilly, is directed to return to the debtor the sum of $69.00 which represents the difference between the fee charged and the standard fee that is allowed in this district. Ms. Crilly is also directed to file with the court an amended disclosure of compensation (Form B280).

"End of Document"